```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

BRINDER L. TIMMONS,               :

    Plaintiff,                   :

vs.                               :
                              CIVIL ACTION 07-0569-KD-M

MICHAEL J. ASTRUE,                :
Acting Commissioner of
Social Security,                  :

    Defendant.                   :

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 14th day of April, 2008.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE